810 A.2d 634

COMMONWEALTH of Pennsylvania, Petitioner

v.

Wayne DAVIS, Respondent.

Supreme Court of Pennsylvania.

Nov. 12, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of November, 2002, we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the

Order of the Superior Court. *See Commonwealth v. Eller,* 807 A.2d 838 (Pa.2002).

Justice NIGRO files a dissenting statement.

Justice NIGRO, dissenting.

I respectfully dissent from the Court's per curiam order reversing the instant matter for the reasons set forth in my concurring and dissenting opinion in *Commonwealth v. Eller,* 807 A.2d 838 (Pa.2002).